United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

JUAN CAMILO CORRECHA SANTOS, et al.,

Plaintiffs,

v.

DBV ENTERPRISES LLC, et al.,

Defendants.

Case No. 25-cv-00269-RMI

**ORDER GRANTING PLAINTIFFS' REQUEST AND DISMISSING WITH PREJUDICE**

Re: Dkt. No. 40

Plaintiffs previously informed the court that a settlement agreement had been reached in this case, (dkt. 38), and they now represent that all the terms of that settlement agreement have been fulfilled, (dkt. 40). As such, Plaintiffs’ request that the court dismiss this case with prejudice is **GRANTED**. The status conference currently set for September 1, 2026, is **vacated** in accordance with this Order. A separate judgment shall issue.

**IT IS SO ORDERED.**

Dated: August 21, 2026

ROBERT M. ILLMAN
United States Magistrate Judge