United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

JUAN CAMILO CORRECHA SANTOS, et al.,

Plaintiffs,

v.

DBV ENTERPRISES LLC, et al.,

Defendants.

Case No. 25-cv-00269-RMI

**JUDGMENT**

On August 21, 2026, the court entered an order dismissing this case with prejudice. Pursuant to Federal Rule of Civil Procedure 58, the court hereby **ENTERS** judgment in accordance with that order. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: August 21, 2026

ROBERT M. ILLMAN
United States Magistrate Judge